IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES CARL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-918 |
| | ) | |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| MBNA, AMERICA BANK, N.A. | ) | |
| | ) | |
| Defendant. | ) | |

## PRAECIPE

Please issue summons and complaint upon the defendant by serving its registered agent, the corporation itself at 1100 N. King Street, Wilmington, Delaware 19801.

ABER, GOLDLUST, BAKER & OVER


_____/s/ Gary W. Aber_____
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-658-1800
Attorney for Plaintiff

DATED:  May 8, 2006