IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES CARL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-CV-918-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| MBNA AMERICA BANK, N.A. | ) | Trial by Jury Demanded |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant MBNA America Bank, N.A. in this matter:

> Elena D. Marcuss, Esquire
> McGuire Woods LLP
> 7 Saint Paul Street
> Baltimore, MD 21202
> Phone: (410) 659-4454

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this Motion.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Sheldon N. Sandler
> _____
> Sheldon N. Sandler, Esquire (No. 245)
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6673
> Facsimile: (302) 576-3330
> Email: ssandler@ycst.com

        Elena D. Marcuss, Esquire
        McGuire Woods, LLP
        7 Saint Paul Street
        Baltimore, MD 21202
        Telephone: (410) 659-4400
        Facsimile: (410) 659-4547
        Email: emarcuss@mcguirewoods.com
        Attorneys for Defendants

Date: May 30, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for the Admission Pro Hac Vice of Elena D. Marcuss is GRANTED.


Date: _____, 2006      _____
                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed a true and correct copy of Defendant's **Motion and Order for Admission *Pro Hac Vice* of Elena D. Marcuss** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Gary W. Aber, Esquire
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899

I further certify that on May 30, 2006, I caused a copy of Defendant's **Motion and Order for Admission *Pro Hac Vice* of Elena D. Marcuss** to be served by United States First Class mail on the following counsel of record:

> Gary W. Aber, Esquire
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Sheldon N. Sandler
> Sheldon N. Sandler, Esquire (No. 245)
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6673
> Facsimile: (302) 576-3330
> Email: ssandler@ycst.com
>
> Elena D. Marcuss, Esquire
> McGuire Woods, LLP
> 7 Saint Paul Street
> Baltimore, MD 21202
> Telephone: (410) 659-4400
> Facsimile: (410) 659-4547
> Email: emarcuss@mcguirewoods.com
> Attorneys for Defendants

Date: May 30, 2006