IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES CARL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-918-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| MBNA AMERICA BANK, N.A. | ) | Trial by Jury Demanded |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this Motion.

Date: May 26, 2006

Elena D. Marcuss, Esquire
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD 21202
Phone: (410) 659-4454