IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES CARL,<br><br>        Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK NA,<br><br>        Defendant. | Civil Action No. 05-918-SLR |

## NOTICE OF SERVICE

I hereby certify that on August 11, 2006, a copy of the **Defendant's Initial Disclosures**, the **Defendant's First Set of Interrogatories to Plaintiff**, and the **Defendant's First Request for Production of Documents to Plaintiff** were hand delivered to counsel for the Plaintiff at the address set forth below:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE  19899

> Respectfully submitted,
>
> /s/ Sheldon N. Sandler
> Sheldon N. Sandler, Esquire (No. 245)
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, DE  19899-0391
> Telephone: (302) 571-6673
> Facsimile:  (302) 576-3330
> Email:  ssandler@ycst.com
>
> and

2

/s/ Elena D. Marcuss
Elena D. Marcuss, Esquire
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD  21202
Telephone:  (410) 659-4400
Facsimile:  (410) 659-4547
Email:  emarcuss@mcguirewoods.com

Attorneys for Defendant

Dated: August 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE  19899

I further certify that on August 11, 2006, a copy of the foregoing **Notice of Service** was hand delivered to the following counsel of record:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE  19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 0245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email:  ssandler@ycst.com
Attorneys for Defendant

Dated:  August 11, 2006