IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES CARL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-918 |
| | ) | |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| MBNA, AMERICA BANK, N.A. | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties in the above-captioned matter that the deadlines in the Scheduling Order in this matter dated August 4, 2006 will be amended as follows:

(g) Reports for retained experts under Rule 26(a)(2) on issues for which any part has a burden of proof shall be due by November 17, 2006. Rebuttal expert reports due by January 24, 2007.

| | |
|---|---|
| ABER, GOLDLUST, BAKER & OVER | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
| | |
| /s/ Gary W. Aber | /s/ Sheldon N. Sandler |
| GARY W. ABER (DSB #754) | SHELDON N. SANDLER (DSB #245) |
| 702 King Street, Suite 600 | 1000 West Street, 17th Floor |
| P.O. Box 1675 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| 302-472-4900 | 302-571-6673 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED, this _____ day of _____, 2006.

                                                      _____
                                                                                       J.

Case 1:05-cv-00918-SLR    Document 12    Filed 10/17/2006    Page 2 of 2