IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES CARL,<br><br>    Plaintiff,<br><br> v.<br><br>MBNA AMERICA BANK NA,<br><br>    Defendant. | Civil Action No. 05-918-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's Answers to Defendant's First set of Interrogatories and Plaintiff's Responses to Defendant's First Request for Production of Documents were hand delivered to the following counsel on November 1, 2006:

    Sheldon N. Sandler, Equire
    The Brandywine Building, 17th FL
    1000 West Street
    P.O. Box 391
    Wilmington, DE  19899

            ABER, GOLDLUST, BAKER & OVER

             /s/ Gary W. Aber
            GARY W. ABER (DSB #754)
            702 King Street, Suite 600
            P.O. Box 1675
            Wilmington, DE  19899
            (302) 472-9200
            Attorney for Plaintiff

DATED:  November 1, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on November 1, 2006:

>Sheldon N. Sandler, Equire
>The Brandywine Building, 17th FL
>1000 West Street
>P.O. Box 391
>Wilmington, DE  19899

_____
Melissa A. Chionchio
Secretary to Gary W. Aber, Equire