IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES CARL,<br><br>       Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK NA,<br><br>       Defendant. | Civil Action No. 05-918-SLR |

## NOTICE OF SERVICE

I hereby certify that on November 21, 2006, copies of **Notices of Depositions** of Charles Carl (Plaintiff), Patricia Carl, and Charles Carl (Plaintiff's father) were served by U.S. Mail upon counsel for the Plaintiff at the address set forth below:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899.

Respectfully submitted,

__/s/ Sheldon N. Sandler__
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391
Telephone: (302) 571-6673
Facsimile:  (302) 576-3330
Email:  ssandler@ycst.com

and

                                                                     /s/
                                        Elena D. Marcus, Esquire
                                        McGuireWoods LLP
                                        7 St. Paul Street, Suite 1000
                                        Baltimore, MD  21202
                                        Telephone:  (410) 659-4400
                                        Facsimile:  (410) 659-4547
                                        Email:  emarcuss@mcguirewoods.com

                                        Attorneys for Defendant

Dated: November 21, 2006

\4280389.1