IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES CARL,<br><br>Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK NA,<br><br>Defendant. | Civil Action No. 05-918-SLR |

### NOTICE OF SERVICE

I hereby certify that on January 24, 2007, copies of **Defendant's Rule 26(a)(2) Expert Disclosure** was served by U.S. Mail upon counsel for the Plaintiff at the address set forth below:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899.

Respectfully submitted,

Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com

and

                    /s/ Elena D. Marcus
Elena D. Marcus, Esquire
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD  21202
Telephone:  (410) 659-4400
Facsimile:  (410) 659-4547
Email:  emarcuss@mcguirewoods.com

Attorneys for Defendant

Dated: January 24, 2007

\4404065.1