IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES CARL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK NA,<br><br>　　　　　Defendant. | Civil Action No. 05-918-SLR |

## NOTICE OF DEPOSITION

TO:　Gary W. Aber, Esquire
　　　Aber, Goldlust, Baker & Over
　　　702 King Street, Suite 600
　　　P.O. Box 1675
　　　Wilmington, DE 19899

　　　　　PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Michael Glacken, M.D., on Wednesday, April 18, 2007 at 1:00 p.m.** and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　/s/ Sheldon N. Sandler
　　　　　　　　　　Sheldon N. Sandler, Esquire (No. 245)
　　　　　　　　　　Margaret M. DiBianca, Esquire (No. 4539)
　　　　　　　　　　The Brandywine Building, 17th Floor
　　　　　　　　　　1000 West Street
　　　　　　　　　　P.O. Box 391, Wilmington, Delaware 19899-0391
　　　　　　　　　　Telephone: (302) 571-6673, 571-5008
　　　　　　　　　　Facsimile: (302) 576-3330, 576-3476
　　　　　　　　　　Email: ssandler@ycst.com, mdibianca@ycst.com
　　　　　　　　　　Attorneys for Defendants

　　　　　　　　　　　　　　and

/s/ Elena D. Marcuss

---

Elena D. Marcuss, Esquire
McGuire Woods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD 21202
Telephone (410) 659-4400
Facsimile: (410) 659-4547
Email: emarcuss@mcgruirewood.com
Attorneys for Defendants

DATED:    April 10, 2007
cc: Wilcox & Fetzer