IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES CARL,<br><br>          Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK NA,<br><br>          Defendant. | Civil Action No. 05-918-SLR |

## NOTICE OF DEPOSITION

TO:    Gary W. Aber, Esquire
        Aber, Goldlust, Baker & Over
        702 King Street, Suite 600
        P.O. Box 1675
        Wilmington, DE 19899

      PLEASE TAKE NOTICE that Defendant will take the oral deposition of **Khaja Yezdani, M.D., on Thursday, April 19, 2007 at 9:00 a.m.** and continuing thereafter from hour to hour and day to day until completion, in office of Dr. Yezdani, 191 Christiana Plaza, Suite 3, Route 273, New Castle, DE 19720.

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Sheldon N. Sandler
                        Sheldon N. Sandler, Esquire (No. 245)
                        Margaret M. DiBianca, Esquire (No. 4539)
                        The Brandywine Building, 17th Floor
                        1000 West Street
                        P.O. Box 391, Wilmington, Delaware 19899-0391
                        Telephone: (302) 571-6673, 571-5008
                        Facsimile: (302) 576-3330, 576-3476
                        Email: ssandler@ycst.com, mdibianca@ycst.com
                        Attorneys for Defendants

and

/s/ Elena D. Marcuss
_____
Elena D. Marcuss, Esquire
McGuire Woods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD 21202
Telephone (410) 659-4400
Facsimile: (410) 659-4547
Email: emarcuss@mcguirewoods.com
Attorneys for Defendants

DATED: April 10, 2007
cc: Wilcox & Fetzer