IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES CARL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MBNA AMERICA BANK NA,<br><br>　　　　　　Defendant. | Civil Action No. 05-918-SLR |

**CONSENT MOTION FOR EXTENSION**
**OF DISPOSITIVE MOTIONS DEADLINE**

Defendant MBNA America Bank, N.A. ("Defendant"), through undersigned counsel and with the consent of Plaintiff, hereby moves for an extension of the deadline for the filing of motions for summary judgment. In support hereof, Defendant states as follows.

1.　Pursuant to the current Scheduling Order motions for summary judgment must be filed on or before July 17, 2007. *(Docket No. 32 and entry dated February 13, 2007.)*

2.　Just prior to the discovery deadline, Defendant filed a motion for leave to take the deposition of a certain individual beyond the discovery deadline due to the fact that the individual had been out on disability. *(Docket No. 37.)*[1] The motion was granted on June 7, 2007. *(Docket No. 38.)*

3.　The individual to be disposed is now expected to return to work at the beginning of July 2007. Counsel are working to schedule the deposition in mid to late July, beyond the current summary judgment motion deadline.

---

[1] Defendant also requested that Plaintiff be required to sign and return a release for certain medical records and that Defendant be allowed to subpoena those records beyond the discovery deadline upon receipt of Plaintiff's executed release.

4.  Accordingly, Defendant requests that the deadline for the filing of motions for summary judgment motions be extended to August 24, 2007, to allow the parties to complete the deposition and evaluate the case in advance of the deadline.

5.  Plaintiff's counsel consents to the requested extension.

6.  As neither a trial date nor a pre-trial deadline has been set, the requested extension will not affect any further deadlines in this case and will not prejudice the Court or either party.

WHEREFORE, Defendant respectfully requests that its Motion be granted and that the Court extend the deadline for filing summary judgment motions to and including August 24, 2007.

Respectfully submitted,

*/s/ Sheldon N. Sandler*

Sheldon N. Sandler, Esquire (No. 245)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com

and

*/s/ Elena D. Marcus*

Elena D. Marcus, Esquire
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD 21202
Telephone: (410) 659-4400
Facsimile: (410) 659-4547
Email: emarcuss@mcguirewoods.com

Attorneys for Defendant

Case 1:05-cv-00918-SLR     Document 39     Filed 06/29/2007     Page 3 of 3