IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES CARL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MBNA AMERICA BANK NA,<br><br>　　　　　　Defendant. | Civil Action No. 05-918-SLR |

**PROPOSED ORDER**

　　　　Upon consideration of Defendant's Motion For Extension of Dispositive Motions Deadline and all matters of record, it is this ____ day of _____ 2007;

　　　　ORDERED, that the Motion be and hereby is Granted and it is further

　　　　ORDERED, that the deadline for the filing of motions for summary judgment motions is extended to August 24, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge