Law Offices

# ABER, GOLDLUST, BAKER & OVER

(An Association of Law Practices)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, Delaware 19899-1675

Gary W. Aber, P.C.
Perry F. Goldlust, P.A.*
Darrell J. Baker, P.A.
Susan C. Over, P.C.
Shauna T. Hagan
Saagar B. Shah
Joanne A. Shallcross**

(302) 472-4900
TELECOPIER (302) 472-4920

August 24, 2007

\* ALSO ADMITTED IN NEW YORK
\*\* ALSO ADMITTED IN PENNSYLVANIA

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

RE: Carl v. MBNA
C.A. No.: 05-918 (SLR)

Dear Judge Robinson:

    I am writing to advise the Court that the above-captioned matter has been resolved. It may take several weeks to file the settlement documents, since my client's mother, who is advising him because of his mental disability just got out of the hospital and will be unavailable to come in and sign the papers for at least two weeks.

    If Your Honor has any questions, please feel free to contact me.

Respectfully,

Gary W. Aber

GWA/mac
cc:    Sheldon N. Sandler, Esquire
        Elaina D. Marcus, Esquire (By Facsimile)