**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES CARL,

        Plaintiff,

    v.

MBNA AMERICA BANK NA,

        Defendant.

Civil Action No. 05-918-SLR

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule 41(a), Charles Carl hereby dismisses her/his claims in this action with prejudice.

CONSENTED AND AGREED TO:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900

Attorneys for Plaintiff

Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6673

and

Elena D. Marcus, Esquire
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD 21202
(410) 659-4400

Attorneys for Defendant

\\4699316.2